IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE HEALTH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 15 C 1259 |
| ARBAH HOTEL CORP., d/b/a MEADOW- ) | |
| LANDS VIEW HOTEL, f/k/a DAYS INN ) | JUDGE THOMAS M. DURKIN |
| HOTEL-NORTH BERGEN, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ARBAH HOTEL CORP., d/b/a MEADOWLANDS VIEW HOTEL, f/k/a DAYS INN HOTEL-NORTH BERGEN, in the total amount of $191,727.68, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,535.00.

On February 20, 2015, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to Jane Smith (refused full name), who was authorized to accept service on behalf of Anthony Torres, Managing Agent) at the hotel's place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on March 13, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6210637
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Arbah Hotel\motion.lmf.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that (s)he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>7th</u> day of <u>May 2015</u>:

    Arbah Hotel Corp., d/b/a Meadowlands View Hotel,
    f/k/a Days Inn Hotel - North Bergen
    2750 Tonnelle Avenue
    North Bergen, NJ   07047-2228


             /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: <u>lmfinnegan@baumsigman.com</u>

I:\HEREW\Arbah Hotel\motion.lmf.df.wpd